```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF MAINE

UNITED STATES OF AMERICA,    )
                             )
     Plaintiff,              )
                             )
v.                           )         No. 1:19-cr-00204-SDN
                             )
MARC KARUN,                  )
                             )
     Defendant.              )
```

**DEFENDANT'S MOTION TO CONTINUE SENTENCING
AND EXTEND DEADLINE FOR SENTENCING MEMORANDUM**

NOW COMES Defendant, Marc Karun, by and through counsel, David W. Bate, and moves to continue the November 18, 2025 sentencing and extend the deadline for submission of defendant's sentencing memorandum on the following grounds:

**Sentencing continuance**

Scheduling in this matter has been affected by Mr. Karun's pending murder charge in Connecticut. Sentencing was set for November 18 based on the assumption that Mr. Karun's murder trial would be completed by then. On September 15, 2025, Mr. Karun's Connecticut counsel, Frank O'Reilly, Esq., informed undersigned counsel that jury selection for the murder trial had been continued to February 23, 2026, with trial to commence thereafter.

Sentencing in this matter should not proceed prior to the Connecticut murder trial for the following reasons:

1. The murder trial obviously is the more serious criminal charge, carrying a mandatory life sentence, according to Attorney O'Reilly. Mr. Karun requires uninterrupted time to prepare for that trial, including access to his murder discovery and his Connecticut defense attorneys. If Mr. Karun is transported to the District of Maine for sentencing prior to the murder trial, he would not be allowed to bring his understandably voluminous paperwork and would be deprived of

    crucial time to consult with Connecticut counsel and prepare his murder defense.

2. The Cheshire Correctional Institution ("CCI") presently is not allowing Mr. Karun Access to important discovery materials in this case. Mr. Karun wants to review that discovery prior to sentencing. This discovery includes photographs of the firearms and the premises from which the firearms were seized. Undersigned counsel wrote to CCI on September 15, 2025 requesting they provide access but has yet to receive a reply.

3. Conducting a sentencing hearing in this matter prior to Mr. Karun's murder trial would unduly prejudice Mr. Karun in the murder trial because the State of Connecticut could use the final conviction in this matter to impeach Mr. Karun should he exercise his right to testify in his own defense in the murder trial. Attorney O'Reilly joins in this concern.

**Defendant's sentencing memorandum**

Because sentencing in this matter should be continued until after termination of the February, 2026 Connecticut murder trial, there would be no prejudice to the government if the deadline for filing of Defendant's sentencing memorandum were extended to January, 2026. Additionally, undersigned counsel is preparing for a multiday November trial in State court and has numerous other State court defenses requiring his attention.

AUSA Chris Ruge, Esq. objects to this Motion.

WHEREFORE, Mr. Karun requests that (1) the sentencing hearing be continued to April, 2026 and (2) the deadline for submitting defendant's sentencing memorandum be extended to January 15, 2026.

Dated in Bangor, Maine this 30th day of September, 2025.

        /s/David W. Bate
        Attorney for Defendant
        Fed. Bar No. 2096
        15 Columbia Street, Suite 301
        Bangor, Maine 04401
        (207) 945-3233
        davidbatelaw@gmail.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the above date, I electronically filed this pleading with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    AUSA Chris Ruge, Esq.

                                <u>/s/David W. Bate</u>
                                Attorney for Defendant
                                Fed. Bar No. 2096
                                15 Columbia Street, Suite 301
                                Bangor, Maine 04401
                                (207) 945-3233
                                davidbatelaw@gmail.com